# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAWEN SHI, <br><br>               Petitioner, <br><br>       v. <br><br> FERETI SEMAIA, et al., <br><br>               Respondents. | Case No. 5:26-cv-02054-MBK <br><br> JUDGMENT |

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

Dated: May 7, 2026

_____

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE